AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC
DEC 04 2014
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| United States of America<br>v.<br><br>(1) Roger Dale Franklin and<br>(2) Lisa Dawn Wentworth<br>*Defendant(s)* | Case No. 3:14-mj- 258 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2007 through 2014__ in the county of __Caldwell__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a), 841(b)(1)(A), 846 | Conspiracy to possess with intent to distribute at least five hundred (500) grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Powers, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/04/2014__

_____
*Judge's signature*

City and state: __Charlotte, North Carolina__   U.S. Magistrate Judge David S. Cayer
*Printed name and title*

## ATTACHMENT A:
## Affidavit in Support of Criminal Complaint and Arrest Warrants
## for ROGER DALE FRANKLIN and LISA DAWN WENTWORTH

I, Ryan Powers, Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations (HSI), being duly sworn and deposed, state as follows:

### BACKGROUND/INTRODUCTION

1. Your Affiant is employed with the Mooresville Police Department in Mooresville, North Carolina. I am currently assigned full time to HSI. I have approximately seventeen (17) years of sworn law enforcement experience in the State of North Carolina. I began my law enforcement career in December 1995 with Iredell County Sheriff's Office, and worked as both a road deputy and jailer while employed there. In October 1996, I began working with Mooresville Police Department, where I have worked several different assignments, including Road Patrol and Special Enforcement Division, K-9 Handler for ten (10) years, and a member of the SWAT Team for approximately five (5) years. I am currently assigned to the Vice/Narcotics Unit.

2. My formal education consists of an Associates of Applied Science Degree from Mitchell Community College in Statesville in Criminal Justice Technology. I hold an Advanced Certificate from The North Carolina Justice Training and Standards Commission. I have successfully completed over 2,300 hours of training from the North Carolina Justice Academy, and have also completed training provided by U.S. Drug Enforcement Administration and U.S. Department of Homeland Security Immigration and Customs Enforcement. I attended Title 19 Cross-Designation training with the U.S. Department of Homeland Security Immigration and Customs Enforcement, including Highway Interdiction, Drug Interdiction, Hotel & Motel

Interdiction, K-9 Handler Certification, Advanced K-9 Handler Certification, Sources of Information, Drug Identification, SWAT Tactics for Patrol Officers, Basic SWAT, Counterterrorism, Hidden Compartments Seminar, High Risk Apprehension and Interview and Interrogation. I have also received extensive training through the North Carolina Narcotics Enforcement Officers Association and the Organized Crime Drug Enforcement Task Force.

3. As a result of my personal participation in the investigation of matters referred to in this Affidavit, and based upon reports made to me by other law enforcement officials, I am familiar with the facts and circumstances of this investigation. The information contained in this Affidavit is provided for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrants for Defendants **Roger Dale FRANKLIN** and **Lisa Dawn WENTWORTH**; therefore, I have not included each and every fact known to me concerning this investigation.

## SYNOPSIS OF INVESTIGATION

4. The investigation has revealed that, from in or about 2007 to in or about 2014, Defendant Roger Dale **FRANKLIN**, was involved in a conspiracy – that is, a criminal agreement with others – including Defendant Lisa Dawn **WENTWORTH** from in or about 2013, in Caldwell County, within the Western District of North Carolina, and elsewhere, to distribute and to possess with intent to distribute methamphetamine.

5. On August 19, 2013, law enforcement in Lenoir, North Carolina, conducted a traffic stop of Defendants **FRANKLIN** (passenger) and **WENTWORTH** (driver). Law enforcement smelled alcohol coming from the vehicle. WENTWORTH said that, although she had not been drinking, FRANKLIN had been doing so. WENTWORTH directed law enforcement's attention to a fully-loaded Interarms .38 special revolver in the center console. WENTWORTH went to

reach for her pocket, where law enforcement found methamphetamine in a plastic baggie. They also found a methamphetamine pipe in her pocketbook. When law enforcement conducted a safety pat-down of FRANKLIN, they found a knife. As law enforcement accompanied him to the side of the road to permit him to urinate, FRANKLIN tried to discard several more baggies with methamphetamine, like the one in WENTWORTH's possession. Upon searching FRANKLIN, law enforcement found approximately $4,038 in cash in his cargo shorts. In total, law enforcement seized approximately 12.5 grams of methamphetamine from FRANKLIN and WENTWORTH.

6. On September 3, 2013, law enforcement in Caldwell County conducted an undercover operation and seized 3 grams of methamphetamine from Defendant **FRANKLIN**.

7. On November 20, 2013, law enforcement in Caldwell County conducted a traffic stop of Defendant **FRANKLIN** with driving with another individual despite having his license revoked. He consented to a search of the vehicle, which resulted in the seizure of approximately 15 grams of methamphetamine and approximately $1,175 in cash.

8. On several dates in June 2014, law enforcement in Caldwell County utilized confidential informants to purchase small amounts methamphetamine from **WENTWORTH**.

9. Defendant **WENTWORTH** has provided a voluntary and admissible statement to law enforcement officials in which she admitted that, in total, she had trafficked in more than 1,400 grams.

10. With regard to Defendant **FRANKLIN**, at least three cooperating defendants and informants, whose information has been corroborated and whom have been deemed credible and reliable, have stated the following with regard to Defendant FRANKLIN's methamphetamine trafficking:

a. One cooperator stated that during 2013, he bought methamphetamine from Defendant **FRANKLIN**, whom he took to Marion, North Carolina, and other places to acquire methamphetamine, totaling more than 1,000 grams.

b. Another cooperator stated that she dealt methamphetamine with Defendant **FRANKLIN** for a total of more than 1,400 grams.

c. A third cooperator, who worked for Defendant **FRANKLIN** and collected drug debts for him, stated that FRANKLIN obtained a minimum of 2,800 grams methamphetamine for trafficking since 2007.

11. Defendant **FRANKLIN** is a convicted felon (Class G felony from 9/24/1996) and was thus prohibited from possessing a firearm on August 19, 2013.

## CONCLUSION

Based upon training, experience, and the facts of this investigation, I submit that there is probable cause for a criminal complaint against, and arrest warrants for, Defendants **Roger Dale FRANKLIN** and **Lisa Dawn WENTWORTH,** for conspiracy to possess with intent to distribute at least five hundred (500) grams of methamphetamine, in violation of Title 21, United States Code, Sections 841(a), 841(b)(1)(A), 846; therefore, I request that the Court issue the same.

_____
AFFIANT, TASK FORCE OFFICER RYAN POWERS
HOMELAND SECURITY INVESTIGATIONS

*AUSA Steven R. Kaufman has reviewed this Affidavit.*

Subscribed and sworn to by me this 4th day of December 2014.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE