# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO: 5:14-cr-81-RLV |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S EXHIBIT LIST |
| (1) ROGER DALE FRANKLIN | ) | |

NOW COMES the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina and files its exhibit list in this case. The government reserves the right to add additional exhibits other than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 1 | Face photographs of Roger Franklin | | | |
| 2 | Face photograph of Lisa Wentworth | | | |
| 3 | Face photograph of Terry Clark | | | |
| 4 | Face photograph of William Townsend | | | |
| 5 | Stipulations | | | |
| 6 | Supplemental stipulations | | | |
| 7 | Meth from 7/6/13 | | | |
| 8 | Gun from 7/6/13 | | | |
| 9 | Meth from 8/19/13 | | | |
| 10 | Gun from 8/19/13 | | | |
| 11 | Photos from 8/19/13 | | | |
| 11a | Photos from 8/19/13 (objects on center console) | | | |
| 11b | Photos from 8/19/13 (handgun) | | | |
| 11c | Photos from 8/19/13 (baggies of meth on ground) | | | |
| 12 | Meth from 9/3/13 | | | |

| EXH | DESCRIPTION & REMARKS | ID | Rec | Witness |
|---|---|---|---|---|
| 13 | Photos from 9/3/13 | | | |
| 13a | Photos from 9/3/13 (Franklin) | | | |
| 13b | Photos from 9/3/13 (Miller) | | | |
| 13c | Photos from 9/3/13 (truck rear view) | | | |
| 13d | Photos from 9/3/13 (truck side view) | | | |
| 13e | Photos from 9/3/13 (door panel in place) | | | |
| 13f | Photos from 9/3/13 (door panel compartment exposed) | | | |
| 13g | Photos from 9/3/13 (several baggies of meth) | | | |
| 13h | Photos from 9/3/13 (two baggies of meth) | | | |
| 14 | Meth from 11/20/13 | | | |
| 15 | Photos from 11/20/13 | | | |
| 15a | Photos from 11/20/13 (Franklin) | | | |
| 15b | Photos from 11/20/13 (Sipes) | | | |
| 15c | Photos from 11/20/13 (meth) | | | |
| 16 | Lisa Wentworth's plea agreement | | | |
| 17 | Terri Clark's plea agreement | | | |
| 18 | William Townsend's plea agreement | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

      The government reserves the right to add additional exhibits than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

Respectfully submitted this day, June 18, 2015.

JILL WESTMORELAND ROSE
ACTING UNITED STATES ATTORNEY

**/s/ Steven R. Kaufman**
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY
227 West Trade St., Ste 1700, Charlotte, NC 28202
(704) 338-3117 (phone); (704) 227-0254 (facsimile)
Steven.Kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, June 18, 2015, the foregoing was duly served upon counsel for the defendant, Haakon Thorsen, Esq., by electronic notification.

**/s/ Steven R. Kaufman**
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY