```
              UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                  STATESVILLE DIVISION


UNITED STATES OF AMERICA    )   DOCKET NO. 5:14-CR-81
                            )
     vs.                    )
                            )
ROGER DALE FRANKLIN,        )
                            )
          Defendant.        )
_____)



            TRANSCRIPT OF ARRAIGNMENT HEARING
          BEFORE THE HONORABLE DAVID S. CAYER
              UNITED STATES MAGISTRATE JUDGE
                     APRIL 29, 2015
```

APPEARANCES:

On Behalf of the Government:

    STEVEN KAUFMAN, ESQ.
    United States Attorney's Office
    227 West Trade Street, Suite 1700
    Charlotte, North Carolina

On Behalf of the Defendant:

    HAAKON THORSEN, ESQ.
    Law Offices of Haakon Thorsen
    1235-E East Boulevard, #239
    Charlotte, North Carolina


Proceedings digitally recorded and transcribed by:

                Cheryl A. Nuccio, RMR-CRR
                Official Court Reporter
                United States District Court
                Charlotte, North Carolina

```
 1                       P R O C E E D I N G S
 2             (Transcript of proceedings digitally recorded on
 3   April 29, 2015.)
 4             THE COURT:   United States versus Roger Franklin.
 5             Mr. Thorsen, is he prepared to be arraigned?
 6             MR. THORSEN:   He is, Your Honor.
 7             THE COURT:   Has he received a copy of the
 8   indictment?
 9             MR. THORSEN:   He has.
10             THE COURT:   Does he waive a formal reading of it?
11             MR. THORSEN:   He waives a formal reading of it, he
12   does, Your Honor.
13             THE COURT:   And what is his plea?
14             MR. THORSEN:   He pleads not guilty.
15             THE COURT:   Thank you.
16             (End of proceedings.)
17                                *****
18
19
20
21
22
23
24
25
```

```
 1  UNITED STATES DISTRICT COURT
 2  WESTERN DISTRICT OF NORTH CAROLINA
 3  CERTIFICATE OF REPORTER
 4
 5
 6          I, Cheryl A. Nuccio, Federal Official Realtime Court
 7  Reporter, in and for the United States District Court for the
 8  Western District of North Carolina, do hereby certify that
 9  pursuant to Section 753, Title 28, United States Code, that
10  the foregoing is a true and correct transcript of the
11  digitally-recorded proceedings, transcribed to the best of my
12  ability, held in the above-entitled matter and that the
13  transcript page format is in conformance with the regulations
14  of the Judicial Conference of the United States.
15
16          Dated this 31st day of May 2016.
17
18                              s/Cheryl A. Nuccio
                                _____
19                              Cheryl A. Nuccio, RMR-CRR
                                Official Court Reporter
20
21
22
23
24
25
```